IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCHONE DEES,

    Plaintiff,

v.                                          CASE NO.: 4:10cv305-SPM/WCS

STATE OF FLORIDA, DEPARTMENT
OF JUVENILE JUSTICE,

    Defendant.
_____/

## ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND

This cause comes before the Court on Defendant's motion to dismiss. Doc. 2. Plaintiff filed a response (doc. 8) agreeing that additional allegations should be added to the complaint. Accordingly, it is

ORDERED AND ADJUDGED:

1. The motion to dismiss (doc. 2) is granted without prejudice to Plaintiff's opportunity to amend.

2. Plaintiff shall have up to and including September 10, 2010, to file the amended complaint.

DONE AND ORDERED this 31st day of August, 2010.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            Chief United States District Judge